

# IN THE
# TENTH COURT OF APPEALS

## No. 10-14-00258-CR

**MICHAEL JOSEPH FINN,**

          **Appellant**

 **v.**

**THE STATE OF TEXAS,**

          **Appellee**

### From the 18th District Court
### Johnson County, Texas
### Trial Court No. F47142

## MEMORANDUM  OPINION

Michael Joesph Finn attempts to appeal from his conviction for the offense of continuous sexual abuse of a child. The sentence was imposed on April 9, 2014, and Finn filed his notice of appeal on August 22, 2014. Finn's notice of appeal is untimely. *See* TEX. R. APP. P. 26.2(a)(1).

Accordingly, the appeal is dismissed.[1]

---

[1] A motion for rehearing may be filed within 15 days after the judgment or order of this Court is rendered. *See* TEX. R. APP. P. 49.1. If the appellant desires to have the decision of this Court reviewed by

AL SCOGGINS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal dismissed
Opinion delivered and filed September 11, 2014
Do not publish
[CRPM]



---

filing a petition for discretionary review, that petition must be filed in the Court of Criminal Appeals within 30 days after either the day the court of appeals' judgment was rendered or the day the last timely motion for rehearing was overruled by the court of appeals. *See* TEX. R. APP. P. 68.2 (a).